O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  EDCV 08-1936-VAP (SSx)          Date:  February 5, 2009

Title:     FEDERAL HOME LOAN MORTGAGE CORP., its successors and/or assigns -v- ISREAL IQUEDA, et al.

==================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     MINUTE ORDER REMANDING CASE TO RIVERSIDE SUPERIOR COURT (IN CHAMBERS)

    Defendant has failed to respond to the Court's Order to Show Cause, entered on January 21, 2009.  The Court does not have federal subject matter jurisdiction over the claims asserted in this case.  Accordingly, the Court REMANDS the action to the Superior Court of California, Riverside County.

    **IT IS SO ORDERED.**